IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| JOHN PAUL TURNER, <br> *a/k/a "Pops,"* | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action No.: 5:13cv00093 |
| v. | ) <br> ) | |
| COMMISSIONER OF <br> SOCIAL SECURITY ADMINISTRATION | ) <br> ) <br> ) | By: Hon. Michael F. Urbanski <br> United States District Judge |
| Defendant. | ) <br> ) | |

## MEMORANDUM OPINION

This matter is before the court on the motion of the defendant, Carolyn W. Colvin, the Acting Commissioner of Social Security ("the Commissioner"). Counsel for the Commissioner has reviewed this pro se social security disability appeal and determined that further evaluation of plaintiff's disability claim is warranted. See Mot. to Remand, Dkt. No. 41.

Plaintiff John Paul "Pops" Turner ("Turner"), pro se, has filed a response. Turner states that "[i]t would be commendable if the Court were to grant the Social Security Administration motion to remand," but that the court should further allow the defendants stricken from the docket by this court's Order dated January 17, 2014, an "equal opportunity to respond" to his "claim of systemic discrimination against me by them." See Pro Se Resp. to Mot. to Remand, Dkt. No. 42, at 1. Turner, who is subject to a pre-filing injunction due to a long history of frivolous litigation, is referring to a large number of unrelated claims against a vast array of unrelated parties. As the court's prior Order, Dkt. No. 28, makes abundantly clear, this action is a Social Security appeal and only a Social Security appeal. Turner's request to shoehorn other claims against other defendants into this matter is an improper attempt at an end-a-round of the court's prior pre-filing injunction.

As such, Turner's response provides no reason to deny the Commissioner's motion. The Motion to Remand, Dkt. No. 41, will be granted by an appropriate order entered this day. The clerk is directed to send a copy of this Memorandum Opinion to the pro se plaintiff and to all counsel of record.

Entered: August 4, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge